No. 1220, Misc.   THOMPSON *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Maxwell Heiman* for petitioner.

No. 1283, Misc.   GRIDLEY *v.* UNITED STATES.   Ct. Cl. Certiorari denied.   *Donald H. Dalton* for petitioner. *Solicitor General Marshall* for the United States.

No. 1298, Misc.   WOMACK *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   *Bernard Koteen* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1340, Misc.   EIDENMULLER *v.* WARDEN, GREEN HAVEN STATE PRISON.   C. A. 2d Cir.   Certiorari denied.

No. 1384, Misc.   POWERS *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.   *Burney Walker* for petitioner. *Waggoner Carr,* Attorney General of Texas, and *James E. Barlow* for respondent.

No. 1402, Misc.   FINTON *v.* LANE, WARDEN.   C. A. 7th Cir.   Certiorari denied.   *G. Robert Blakey* for petitioner.   *John J. Dillon,* Attorney General of Indiana, and *Douglas B. McFadden,* Deputy Attorney General, for respondent.

No. 1404, Misc.   SHAW *v.* CALIFORNIA.   Dist. Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 1421, Misc.   RANDOLPH *v.* WISCONSIN.   Sup. Ct. Wis.   Certiorari denied.